IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KONOLUS I. SMITH,

    Petitioner,                         No. CIV S-10-730 FCD CHS

    vs.

J.W. HAVILAND,

    Respondent.                      <u>ORDER</u>

_____/

## I. INTRODUCTION

Smith's petition for writ of habeas corpus was denied and judgment entered on August 10, 2011. He filed a timely notice of appeal and his appeal has been processed to the United States Court of Appeals for the Ninth Circuit.

Smith's motion to proceed on appeal in forma pauperis is before the court. His declaration makes the showing required by 28 U.S.C. § 1915(a). Smith also seeks the appointment of counsel; however, the interests of justice do not require the appointment of counsel at this time. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

/////

/////

      Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:

1. The August 26, 2011 motion to proceed in forma pauperis is GRANTED; and

2. The August 26, 2011 motion for appointment of counsel is DENIED without prejudice to its renewal in the Ninth Circuit.

DATED: September 6, 2011

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE